IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVON L. SMITH,

      Plaintiff,                 22cv1005
                                  ELECTRONICALLY FILED

   v.

NICHOLAS OHRMAN
*SGT CO2,*,                         **OBJECTIONS DUE 5/5/26**
                                  **at 8:00 a.m.**

      Defendant.

## **Verdict Slip**

1. Do you find, by a preponderance of the evidence, that Defendant Ohrman sexually abused Plaintiff Smith on September 6, 2021, in violation of his constitutional rights under the Eighth Amendment to the United States Constitution?


YES _____ NO _____

If you answered "YES" to Question 1, please proceed to Question 2

If you answered "NO" to Question 1, please proceed to the last page of this document, sign the Verdict Slip, and inform the Court's staff that you have reached a verdict.


2.  If you find that Defendant Ohrman violated Plaintiff Smith's Constitutional rights, you must award nominal damages.


$ _____ (Nominal damages (i.e. $1.00))

Please proceed to Question 3.

1

3. Do you find, by a preponderance of the evidence, that Defendant Ohrman's conduct was malicious and/or in reckless disregard of Plaintiff Smith's constitutional rights?

YES _____  NO _____

If you answered "YES" to Question 3, please proceed to Question 4. If you answered "NO", please proceed to sign the Verdict Slip, and inform the Court's staff that you have reached a verdict.

4. What is the amount of punitive damages, if any, you award against Defendant Ohrman for his malicious conduct and/or reckless disregard of Plaintiff Smith's constitutional rights?

$ _____ (Punitive damages)

Unanimously agreed to by we, the undersigned jurors, this __ day of May, 2026

_____,Foreperson _____

_____        _____

_____        _____

_____        _____

2